UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | Case No. 16-CR-00044-02 |
| v. | ) | Chief Judge Theresa L. Springmann |
| | ) | |
| DEVON WILLIS D-2 | ) | |
| | ) | |
| Defendant. | ) | |
|_____|___|_____/ |

### MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendant Devon Willis moves to seal the Defendant's Sentencing Memorandum for the reasons stated therein.

Respectfully Submitted,

 /s/ Marlon Blake Evans_____
Marlon Blake Evans (P49541)
Marlon Blake Evans & Associates
3434 Russell Street, Suite 104
Detroit, Michigan 48207
(313) 962-2335
marlonbevans.assoc@sbcglobal.net

Date: May 9, 2017